Charles R. Brehmer, Esq.
Law Offices of Charles R. Brehmer
5201 California Ave., Suite 450
Bakersfield, CA 93309
Telephone: (661) 322-1800
Facsimile: (661)322-2575
Email: crbrehmer@aol.com

Attorneys for Plaintiff
PAUL MATTHEWS

Michael J. Terhar [State Bar No. 89491]
SHAW, TERHAR & LaMONTAGNE, LLP
707 Wilshire Boulevard, Suite 3060
Los Angeles, California 90017
Telephone: (213) 614-0400
Facsimile: (213) 629-4534
Email: mterhar@stl-lawoffices.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MATTHEWS, | ) Case No. 1:07-CV-01514-OWW-GSA |
| Plaintiff, | ) **STIPULATION AND ORDER RE** |
| | ) **DISMISSAL WITHOUT** |
| vs. | ) **PREJUDICE** |
| SKYWEST AIRLINES, INC., et al., | ) Judge: Hon. Oliver W. Wanger |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between plaintiff Paul Matthews and defendant Skywest Airlines, Inc., through their attorneys of record, that plaintiff's complaint against defendant be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

It is further stipulated that each party shall bear their own costs incurred in connection with the underlying action.

STIPULATION AND ORDER RE DISMISSAL

Error! Unknown document property name..Error! Unknown document property name.   Error! Unknown document property name.-Error!

PDF created with pdfFactory trial version www.pdffactory.com

1

2   Dated:  April 8, 2008          LAW OFFICES OF CHARLES R. BREHMER

3

4                                  By:   _Charles R. Brehmer_____   _/s/_
                                        Charles R. Brehmer, Esq.
5                                        Attorneys for Plaintiff
                                        PAUL MATTHEWS
6

7   Dated:  April 8, 2008          SHAW, TERHAR & LaMONTAGNE, LLP

8

9                                  By:   _Michael J. Terhar_____   _/s/_
                                        Michael J. Terhar
10                                       Attorneys for Defendant
                                        SKYWEST AIRLINES, INC.
11

12  **IT IS SO ORDERED**.

13

14  DATED: April 10, 2008          /s/ OLIVER W. WANGER_____
                                   _____
15                                 OLIVER W. WANGER, JUDGE
                                   U.S. DISTRICT COURT
16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
SHAW, TERHAR &
LAMONTAGNE, LLP

2
STIPULATION AND ORDER RE DISMISSAL
Error! Unknown document property name..Error! Unknown document property name.   Error! Unknown document property name.-Error!

PDF created with pdfFactory trial version www.pdffactory.com